RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Andy Alexandre Buzzi

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00041-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CHECK** |
| v. | (First Request) |
| ANDY ALEXANDRE BUZZI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Andy Alexandre Buzzi, that the status check currently scheduled on April 10, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. On September 20, 2023, the parties entered into a petty offense plea agreement. ECF No. 15. Pursuant to the terms of that agreement, the defendant pleaded guilty to Count Two of the Complaint and was ordered to complete three online courses and to pay a $500 fine and complete several classes.

2. The Court ordered a status conference for April 10, 2024, to assess whether the defendant has successfully completed the conditions pursuant to the parties' agreement.

3. The defendant requires one additional month to complete the classes ordered by the Court and to pay the fine. The government has no objection to a one-month extension.

4. The parties therefore respectfully request that this Court continue the status conference in this matter by 30 days, and extend the deadline for completion of the classes and payment of the fine by 30 days.

This is the first request for a continuance of the status check.

DATED this 8th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDY ALEXANDRE BUZZI,<br><br>    Defendant. | Case No. 2:23-mj-00041-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the status check currently scheduled for Wednesday, April 10, 2024 at 9:30 a.m., be vacated and continued to May 15, 2024 at the hour of 9:30 a.m. in Courtroom 3D.

   DATED this 8th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE