# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDY ALEXANDRE BUZZI,<br><br>  Defendant. | Case No. 2:23-mj-00041-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check currently scheduled for August 21, 2024, be vacated and continued to October 2, 2024 at 9:30 a.m. in Courtroom 3D.

DATED this 19th day of August, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3