# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00041-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ANDY ALEXANDRE BUZZI, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Stipulation to Continue Status Check (ECF No. 24) is GRANTED.

IT IS FURTHER ORDERED that the status check currently scheduled for October 2, 2024 at 9:30 a.m., is vacated and continued to December 10, 2024 at 9:30 a.m. in Courtroom 3D.

DATED this 30th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3