UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00041-EJY |
| Plaintiff, | [Proposed] Order |
| v. | |
| Andy Alexandre Buzzi, | |
| Defendant. | |

The Court finds that Mr. Buzzi has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the Stipulation (ECF No. 26) to vacate the December 10, 2024 status conference is GRANTED.

IT IS FURTHER ORDERED that the status conference set for December 10, 2024, at 9:30 AM is vacated.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 6, 2024

3